UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATHER BIRD, | CIVIL NO. 3:18-CV-2289 |
| Plaintiff, | |
| v. | (SAPORITO, M.J.) |
| BOROUGH OF MOOSIC, et al., | |
| Defendants. | |

FILED
WILKES BARRE
FEB 28 2020
PER ___ MS
DEPUTY CLERK

## ORDER

AND NOW, this 28th day of February, 2020, upon consideration of the plaintiff's motion for a protective order under Fed. R. Civ. P. 26 (Doc. 48), the submissions of counsel for the parties, and consistent with the Memorandum filed this date, IT IS HEREBY ORDERED that the motion is GRANTED without prejudice to the defendants' right to file a future motion under the requirements of Fed. R. Civ. P. 35. If counsel do not reach an acceptable stipulation, the defendants may file an appropriate written motion under Rule 35 within fourteen (14) days from the date of this Order. It is further ORDERED that the plaintiff's motion to limit the IME and file it under seal (Doc. 47) is DENIED AS MOOT.

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
U.S. Magistrate Judge