IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEATHER BIRD, | : | CIVIL NO. 3:18-CV-2289 |
| Plaintiff, | : | |
| v. | : | (SAPORITO, M.J.) |
| BOROUGH OF MOOSIC, et al., | : | |
| Defendants. | : | |

# **ORDER**

AND NOW, this 28th day of February, 2020, in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED THAT:

1. The defendants' motion to dismiss (Doc. 28) is GRANTED in part and DENIED in part;

2. The plaintiff's § 1983 claims against the Borough (Counts I and II) are DISMISSED for failure to state a claim pursuant to Fed.R.Civ.P. 12(b)(6);

3. The plaintiff's state law claim of *quo warranto* (Count III) is DISMISSED for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6);

4. The plaintiff's § 1983 claims against defendant Janesko shall be permitted to proceed; and

5. The plaintiff may file a second amended complaint within twenty-one (21) days after entry of this order.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
U.S. Magistrate Judge

Dated: February 28, 2020