UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATHER BIRD, | |
| Plaintiff, | CIVIL ACTION NO. 3:18-cv02289 |
| v. | (SAPORITO, M.J.) |
| BOROUGH OF MOOSIC, et al., | |
| Defendants. | |

FILED
WILKES BARRE
DEC 15 2020
PER _____ MD
DEPUTY CLERK

## AMENDED ORDER

AND NOW, this **15th** day of December, 2020, in accordance with the accompanying Memorandum and for the same reasons stated in our prior Memorandum of November 24, 2020 (Doc. 83), **IT IS HEREBY ORDERED THAT**:

1. Our Order of November 24, 2020 (Doc. 84) is **VACATED** and **SUPERSEDED** by this Amended Order;

2. The defendants' motion to dismiss or to strike the plaintiff's second amended complaint (Doc. 69) is **GRANTED in part and DENIED in part**;

3. The plaintiff's § 1983 municipal liability claims against the Borough of Moosic *based on a failure to train theory*, set forth in Counts I and II of the second amended complaint (Doc. 63) are **DISMISSED**

**with prejudice** for failure to state a claim upon which relief can be granted, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure;

4. The plaintiff's state-law *quo warranto* claim against the Borough of Moosic, set forth in Count III of the second amended complaint (Doc. 63) is **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure;

5. The plaintiff's § 1983 retaliation claims against Chief Janesko (Counts I and II), her § 1983 municipal liability claims against the Borough *based on Mayor Segilia's ratification of Chief Janesko's allegedly retaliatory conduct* (Counts I and II), her Title VII and PHRA claims against the Borough (Count IV), and her PHRA claims against Chief Janesko (Count V) shall be permitted to proceed;

6. The defendants' answer to the second amended complaint (Doc. 91) shall be **DEEMED** timely filed;

7. The plaintiff's motion to strike the answer to the second amended complaint (Doc. 92) is **DENIED**; and

8. The defendant is granted leave to file an amended answer to

the second amended complaint **within seven (7) days** of this Order.[1]

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

---

[1] The defendants, of course, are free to stand on the pleading as filed, if they so choose.